# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GREGORY KIMBLE, | Case No. 1:23-cv-00350 |
| Plaintiff, | Magistrate Judge Bowman |
| vs. | |
| BRETT GLECKLER, et al., | |
| Defendants. | |

## ORDER

The Court having been advised that the above action has been settled;

It is ORDERED that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown, within **thirty (30) days**, reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**SO ORDERED**.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
Chief United States Magistrate Judge